(original)

CMR

FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

20    651

I. CAPTION

Wayne S. Gayle
(Enter the full name of the plaintiff or plaintiffs)

v.

Officer Dorward
Slatington Police Department

(Enter the full name of the defendant or defendants)

RECEIVED FEB 4 2020

II. PARTIES

a. Plaintiff
Full name: Wayne S. Gayle
Prison Identification number: NZ-4804
Place of present confinement: SCI - Camp hill
SCI-Camphill
Address: P.O. Box 200 Camp Hill, Pa. 17001-0200

Place of confinement at time of incidents or conditions alleged in complaint, including address:

Slatington Police Department, 125 South Walnut ST., suit #130, Slatington Pa. 18080

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Officer Doward (srgnt)

   Place of employment and section or unit: Slatington Police Department (srgnt)

2. Full name including title: Slatington Police department

   Place of employment and section or unit: Slatington Pa. Police Department

3. Full name including title: _____

   Place of employment and section or unit: _____

4. Full name including title: _____

   Place of employment and section or unit: _____

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

2

## III.  PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

Parties to your previous lawsuit:

Plaintiffs _____

Defendants _____

Issues: _____

_____

Court:  if federal, which district? _____

if state, which county? _____

Docket number: _____ Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)): Date: _____

Dismissed _____ Reason? _____

Judgment _____ In whose favor? _____

Pending _____ Current status? _____

Other _____ Explain _____

Appeal filed? _____ Current status? _____

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

## IV   ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

3

a. *Describe the administrative procedures available to resolve the issues raised in this complaint:*

   *Type of procedure. (grievance, disciplinary review, etc.)*
   _____

   *Authority for procedure. (DC-ADM, inmate handbook, etc.)*
   _____

   *Formal or informal procedure.* _____

   *Who conducts the initial review?* _____

   *What additional review and appeals are available?* _____
   _____

b. *Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:*

   *On what date did you request initial review?* _____

   *What action did you ask prison authorities to take?* _____

   *What response did you receive to your request?* _____

   *What further review did you seek and on what dates did you file the requests?* _____
   _____

   *What responses did you received to your requests for further review?*
   _____

c. *If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?*
   (None existed)
   There was not any besides bringing it to the attention of the court, in which I did first at the magistrate District court of Judge Tom Clair Creighton, then at the Lehigh County Court of Common pleas, ~~at which it was~~ at which it was ignored at all mentions.

4

V.      STATEMENT OF CLAIM

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim:

On February, 12, 2018 approximately 11:30 PM, I was the front seat passenger of a vehicle opperated by a female, at which the vehicle the vehicle was stopped in Slatington Pa. for a minor traffic stop of a turn, by officer Dorward whom is employed by the Slatington Pa. Police Department, and whom conducted the stop beyond the limit of a traffic citation, in where I was removed from the vehicle and search by officer Dorward while no probable cause existed for him to do so. I was then taken in custody of the Slatington Police Department for over three (3) hours at where I was questioned, I was first handcuffed, transported then held in a holding cell from my liberty. At approximately 2:30 AM in where no citation, nor affidavit of probale cause, nor arraignment nor any official arrest procedures such as fingerprinting, photographing nor any other was issued to me I was then released. Approximately a month to a month and a half later I recieved mail stating charges filed against me by officer Dorward of the Slatington Police Department of possesion, pertaining to the traffic stop which occurred February 12, 2018. Charges in which now forced

VI.     RELIEF

*Instructions: Briefly state exactly what you want the Court to do for you.*

Relief sought:

For all the mentioned reasons above, I'm requesting the court to grant me monetary relief in the sum of five (5) million dollars or the closes sum to the listed amount at which the court deems as the proper amount. (1) I'm asking to be granted $1.5 million for the violation of my 4th Amendment and Pa. Constitution, article 1 § 8 (2) I'm asking to be granted $1.5 million for the violation of my 5th Amendment and article 1 § 26 of Pa. Constitution (3) I'm asking to be granted $2 million for the violation of my 14th Amendment right and Pa. Constitution rights under article 1 § 9

VII.    DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

12/19/20
_____
DATE

Wayne A. Dayle
_____
SIGNATURE OF PLAINTIFF(S)

5

## V. STATEMENT OF CLAIM (Continues)

me through the process of the Criminal Justice System by being ordered to appear in the District Magistrate court for a preliminary hearing on the matter while there failed to be existence of a lawful arrest or an arraignment to the listed charge. No citation or Affidavit of probable cause existed prior, however while I was sent the notification to appear to a preliminary hearing on the matter a document at which would of usually served as an Affidavit of probable cause accompanied my notification for preliminary court appearence, however the document only consisted of a short statement while fully lacking an (affiant) the charging officer's signature, as well as lacking an arraigning Judge's signature and also lacking a courts Judicial Seal and all other information neccesary for such document within charging a person of a crime. Only a statement from Officer Dorward of the claimed charge accompanied the Affidavit while however the complete absence of his signature to the document was apparent, At which since has subjected me to numerous court appearences of the criminal court as well as detained me by inprisonment for over ten (10) months in time at Lehigh County prison, while fighting the charge placed upon me by Officer Dorward and the Slatington Pa. Police Department in a convict leasing sort of manner, while still no preliminary arraignment existed throughout my entire 10 months of incarceration on the charge. The actions of Officer Dorward and the Slatington Police Department were direct violations to my fourth (4th) fifth (5th) and fourteenth (14) Amendments rights of the United States Constitution as well as violations to my Pennsylvania Constitution in articles 1, § 8, article 1 § 26, and article 1 § 9

My Fourth Amendment right was violated by the actions of Officer Dorward while he searched me while no probable cause existed, at which must be satisfied by the United States Constitution for my persons to be searched. While also my (4th)(5th) and (14th) Amendment of th U.S. Constitution was violated by Officer Dorward and Sladington Police department by the illegal search which lacked probable cause as well as me being subjected to the Criminal Justice system and then being confined in inprisonment while the lack of probable cause existed. Such actions also violated my Pennsylvania Constitutional rights under article 1 § 8, 26

My fifth (5th) Amendment right of the United States Constitution as well as Pennsylvania Constitution under article 1 § 8, 26 and 9 was violated by Officer Dorward and the Slading ton Police department in where their actions held me for an infamous crime as well as deprived me of liberty in the absence of Due Process of Law from the lack of probable cause, the absence of an arrest, and the absence of a preliminary arraignment. As well as such actions by the said law enforcement leading to and being responsible to my ten (10) month incarceration on the charge, which deprived me of liberty in the absence of Due Process of Law.

My 14th Amendment of the United States Constitution and Pennsylvania Constitution under Articles 1 § 8, 26 and 9 were violated by Officer Dorward and The Sladington Police Department, while their actions deprived me of liberty, without Due Process of law, while such actions lead to over a ten months imprisonment of myself, while I was also denied equal protection of the law in which is provided by the U.S. and Pennsylvania Constitution.

(Continues on back →)

The actions conducted against me by Officer Dorward and the Slatington Police Department has caused me enormous amounts of mental anguish, monumental physical-phycological and spiritual stress, perminent anxiety, irreplaceable natural fear of law enforcement, social ridicule, has branded me with unfavorable steriotyping, has lowered my confidence of being a normal part of society, lessened my pride, given me a high level of perminent untrust towards police officers and law enforcement, has given me fear of traveling in automobiles as well as traveling from my home (anywhere), has caused me an extreme amount of mental and emotional trauma, while it has lead me to a degree of personal disbelief in certain key provisions of the United States Constitution. as well as the Pennsylvania Constitution.

CMR

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**20    651**

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _PO Box 8837, Camp Hill, PA 17001_

Address of Defendant: _____

Place of Accident, Incident or Transaction: _Lehigh_

THIS CASE IS RELATED TO: _16-2124_

CIVIL ACTION NO. _20-651_
CRIMINAL NO.

ASSIGNED TO: _Judge Rufe_

Date Terminated: _1/8/18_

Yes ☐    No ☐
Yes ☐    No ☐
Yes ☐    No ☐
Yes ☐    No ☐

ing or within one year previously terminated action in this court except as noted above.

DATE: _02/04/2020_        _David M[signature]_         _____
                          *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

CIVIL: (Place a √ in one category only)

A.  *Federal Question Cases:*
  1. Indemnity Contract, Marine Contract, and All Other Contracts
  2. FELA
  3. Jones Act-Personal Injury
  4. Antitrust
  5. Patent
  6. Labor-Management Relations
  ☑ 7. Civil Rights    550
  8. Habeas Corpus
  9. Securities Act(s) Cases
  10. Social Security Review Cases
  11. All other Federal Question Cases
     *(Please specify):* _____

B.  *Diversity Jurisdiction Cases:*
  1. Insurance Contract and Other Contracts
  2. Airplane Personal Injury
  3. Assault, Defamation
  4. Marine Personal Injury
  5. Motor Vehicle Personal Injury
  6. Other Personal Injury *(Please specify):* _____
  7. Products Liability
  8. Products Liability — Asbestos
  9. All other Diversity Cases
     *(Please specify):* _____

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____        _____        _____
                          *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

C M R

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Gayle : CIVIL ACTION
:
v. :
: NO. **20 651**
Dorward, et. al.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  550 (☒)

FEB - 4 2020      Daniel McGrath
_____        _____        _____
**Date**              **Deputy Clerk**                **Attorney for**


_____        _____        _____
**Telephone**          **FAX Number**              **E-Mail Address**

(Civ. 660) 10/02

Wayne S. Gayle
# NZ-4804
SCI- Camp Hill
P.O. Box 200
Camp Hill Pa. 17001-0200

U.S.M.S.
X-RAY

Mi
US
Eastern
2609 U
601 Market